IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JUAN CLAUDIO,

    Plaintiff,                                      Case No. 0:19-cv-63083

v.

HALLANDALE LANES MANAGEMENT,
INC., d/b/a HOLIDAY BOWLING CENTER,
a Florida for Profit Corporation,

    Defendants.
_____/

**NOTICE OF FILING PLAINTIFF'S REVISED STATEMENT OF CLAIM**

Pursuant to this Court's Order Requiring Plaintiff to File a Revised Statement of Claim [D.E. 6], Plaintiff hereby gives notice of filing the following Revised Statement of Claim:

**REVISED STATEMENT OF CLAIM**

Because the litigation of this matter is ongoing and Defendant has yet to provide Plaintiff with complete and accurate records of Plaintiff's pay and time records, the following information represents an estimate based on Plaintiff's recollection of his regular schedule and overtime hours worked throughout the duration of his employment with Defendant. These estimates may vary depending on the information obtained during the discovery phase of this matter, including but not limited to, a review of any and all pay and time records in Defendant's possession. Accordingly, Plaintiff states the following:

**Plaintiff was employed by Defendant from approximately December 8, 2013 until February 25, 2018 as a non-exempt mechanic. During the relevant period of Plaintiff's employment (December 1, 2016 until February 25, 2018), Plaintiff was improperly paid straight time for his hours worked over forty (40) each work week rather than time and a**

**half as required by the FLSA. Although his hours fluctuated from week to week, Plaintiff estimates that he worked an average of fifty-five (55) hours each work week throughout the relevant time period. Accordingly, Plaintiff is entitled to additional (half-time) compensation for approximately 15 overtime hours each work week and estimates his damages as follows: $15.00 (regular rate) x .5 = $7.50 (half-time premium) x 15 overtime hours/week = $112.50 x 64 weeks = $7,200.00.**

| Week Ending | Hours Worked | Overtime Hours | Half-time Premium | Total Owed |
|---|---|---|---|---|
| 12/9/2016 | 55 | 15 | $7.50 | $112.50 |
| 12/16/2016 | 55 | 15 | $7.50 | $112.50 |
| 12/23/2016 | 55 | 15 | $7.50 | $112.50 |
| 12/30/2016 | 55 | 15 | $7.50 | $112.50 |
| 1/6/2017 | 55 | 15 | $7.50 | $112.50 |
| 1/13/2017 | 55 | 15 | $7.50 | $112.50 |
| 1/20/2017 | 55 | 15 | $7.50 | $112.50 |
| 1/27/2017 | 55 | 15 | $7.50 | $112.50 |
| 2/3/2017 | 55 | 15 | $7.50 | $112.50 |
| 2/10/2017 | 55 | 15 | $7.50 | $112.50 |
| 2/17/2017 | 55 | 15 | $7.50 | $112.50 |
| 2/24/2017 | 55 | 15 | $7.50 | $112.50 |
| 3/3/2017 | 55 | 15 | $7.50 | $112.50 |
| 3/10/2017 | 55 | 15 | $7.50 | $112.50 |
| 3/17/2017 | 55 | 15 | $7.50 | $112.50 |
| 3/24/2017 | 55 | 15 | $7.50 | $112.50 |
| 3/31/2017 | 55 | 15 | $7.50 | $112.50 |
| 4/7/2017 | 55 | 15 | $7.50 | $112.50 |
| 4/14/2017 | 55 | 15 | $7.50 | $112.50 |
| 4/21/2017 | 55 | 15 | $7.50 | $112.50 |
| 4/28/2017 | 55 | 15 | $7.50 | $112.50 |
| 5/5/2017 | 55 | 15 | $7.50 | $112.50 |
| 5/12/2017 | 55 | 15 | $7.50 | $112.50 |
| 5/19/2017 | 55 | 15 | $7.50 | $112.50 |
| 5/26/2017 | 55 | 15 | $7.50 | $112.50 |
| 6/2/2017 | 55 | 15 | $7.50 | $112.50 |
| 6/9/2017 | 55 | 15 | $7.50 | $112.50 |
| 6/16/2017 | 55 | 15 | $7.50 | $112.50 |
| 6/23/2017 | 55 | 15 | $7.50 | $112.50 |

| | | | | |
|---|---|---|---|---|
| 6/30/2017 | 55 | 15 | $7.50 | $112.50 |
| 7/7/2017 | 55 | 15 | $7.50 | $112.50 |
| 7/14/2017 | 55 | 15 | $7.50 | $112.50 |
| 7/21/2017 | 55 | 15 | $7.50 | $112.50 |
| 7/28/2017 | 55 | 15 | $7.50 | $112.50 |
| 8/4/2017 | 55 | 15 | $7.50 | $112.50 |
| 8/11/2017 | 55 | 15 | $7.50 | $112.50 |
| 8/18/2017 | 55 | 15 | $7.50 | $112.50 |
| 8/25/2017 | 55 | 15 | $7.50 | $112.50 |
| 9/1/2017 | 55 | 15 | $7.50 | $112.50 |
| 9/8/2017 | 55 | 15 | $7.50 | $112.50 |
| 9/15/2017 | 55 | 15 | $7.50 | $112.50 |
| 9/22/2017 | 55 | 15 | $7.50 | $112.50 |
| 9/29/2017 | 55 | 15 | $7.50 | $112.50 |
| 10/6/2017 | 55 | 15 | $7.50 | $112.50 |
| 10/13/2017 | 55 | 15 | $7.50 | $112.50 |
| 10/20/2017 | 55 | 15 | $7.50 | $112.50 |
| 10/27/2017 | 55 | 15 | $7.50 | $112.50 |
| 11/3/2017 | 55 | 15 | $7.50 | $112.50 |
| 11/10/2017 | 55 | 15 | $7.50 | $112.50 |
| 11/17/2017 | 55 | 15 | $7.50 | $112.50 |
| 11/24/2017 | 55 | 15 | $7.50 | $112.50 |
| 12/1/2017 | 55 | 15 | $7.50 | $112.50 |
| 12/8/2017 | 55 | 15 | $7.50 | $112.50 |
| 12/15/2017 | 55 | 15 | $7.50 | $112.50 |
| 12/22/2017 | 55 | 15 | $7.50 | $112.50 |
| 12/29/2017 | 55 | 15 | $7.50 | $112.50 |
| 1/5/2018 | 55 | 15 | $7.50 | $112.50 |
| 1/12/2018 | 55 | 15 | $7.50 | $112.50 |
| 1/19/2018 | 55 | 15 | $7.50 | $112.50 |
| 1/26/2018 | 55 | 15 | $7.50 | $112.50 |
| 2/2/2018 | 55 | 15 | $7.50 | $112.50 |
| 2/9/2018 | 55 | 15 | $7.50 | $112.50 |
| 2/16/2018 | 55 | 15 | $7.50 | $112.50 |
| 2/23/2018 | 55 | 15 | $7.50 | $112.50 |
| **Unpaid Overtime** | | | | $7,200.00 |
| **Liquidated Damages** | | | | $7,200.00 |

Plaintiff seeks full payment of all overtime wages owed, an equal amount in liquidated damages, and the reasonable attorneys' fees and costs incurred on his behalf

3

**during this litigation of this matter.**

Dated January 14, 2020.                    Respectfully submitted,

*/s/ Andrew R. Frisch*
Andrew R. Frisch
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, FL 33324
Tel:  (954) WORKERS
Fax:  (954) 327-3013
Email: afrisch@forthepeople.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

*/s/Andrew R. Frisch*
Andrew R. Frisch

4